FILED'09 OCT 08 11:04USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**$5,460.00 in UNITED STATES CURRENCY,** *in rem,*

    **Defendant.**

**CV 09-399-MA**

**ORDER OF DEFAULT**

This matter having come before the Court on plaintiff's motion for entry of an Order of Default as to defendant, *in rem,* $5,460.00 in United States currency, and all persons claiming any right, title, or interest in or to this defendant, and notice having been properly given, and based upon the records and files of this action,

IT IS ORDERED AND ADJUDGED that the defendant, *in rem,* $5,460.00 in United States currency, and all persons claiming any right, title, or interest in or to

this defendant, except Leonardo Jimenez Contreras, Jr., and Maria Contreras, are in default for want of claim, answer, or other response or pleading, and such default be entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

DATED this __7__ day of October, 2009.

*Malcolm F. Marsh*
MALCOLM F. MARSH
United States District Judge

PRESENTED BY:

KENT S. ROBINSON
Acting United States Attorney

**"/s/" Robert D. Nesler**
ROBERT D. NESLER, OSB #85379
Assistant United States Attorney
503-727-1069

PAGE 2 - ORDER OF DEFAULT